HENRY JOHANNES, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued October 11, 1939  decided November 21, 1939.

*Samuel L. Sargent* and *Jerome I. Hyman* for appellant.

*William C. Chanler, Corporation Counsel (Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, HUBBS, FINCH and RIPPEY, JJ. Dissenting: CRANE, Ch. J., and LOUGHRAN, J. Taking no part: O'BRIEN, J.